UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER: 3:08CR-98-H** |
| **JOCORI HARRIS - 01** | **DEFENDANT** |

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT, AND
NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant to Counts 1 through 5 of the superseding Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **OCTOBER 5, 2009 at 1:30 p.m*.**   United States Courthouse, Louisville, Kentucky.

**IT IS SO ORDERED THIS** _____ August 6, 2009

John G. Heyburn II, Judge
United States District Court

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant

* Note the time change in the hearing